UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>OLIVEWOOD PLAZA TWO, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 1:20-cv-01574-AWI-SKO<br><br>**ORDER SETTING ASIDE DEFAULT**<br><br>(Doc. 9) |

On February 10, 2021, Plaintiff George Avalos and Defendant Olivewood Plaza Two, LLC filed a stipulation requesting that the entry of default as to Defendant be set aside and that Defendant be allowed ten (10) days to file its responsive pleading.  (Doc. 9.)

The Court has reviewed the parties' stipulation, and good cause appearing, the default entered against Defendant Olivewood Plaza Two, LLC is hereby SET ASIDE. Defendant shall file and serve its responsive pleading no later than ten (10) days from the date of this Order.

IT IS SO ORDERED.

Dated:   **February 11, 2021**                    /s/ *Sheila K. Oberto*
                                                                                       UNITED STATES MAGISTRATE JUDGE