UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>  Plaintiff,<br><br>  v.<br><br>OLIVEWOOD PLAZA TWO, LLC,<br><br>  Defendant. | No. 1:20-cv-01574-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 23) |

On July 16, 2021, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 23.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 19, 2021**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE